THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD WAYNE CARDER, Defendant, and JOHN MONAGHAN, Appellant.

Argued November 30, 1954; decided December 31, 1954.

*J. Howard Rossbach, Florence M. Kelley, Anthony Marra* and *Martin Erdmann* for appellant.

*Frank S. Hogan, District Attorney* (*Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.